ACCEPTED
15-24-00113-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 12:53 PM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

**DEBORAH J. RAO**
Assistant Attorney General
Tax Litigation Division

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 12:53:12 PM
CHRISTOPHER A. PRINE
Clerk

Phone: (512) 475-3503
Fax: (512) 478-4013
deborah.rao@oag.texas.gov

## APPELLANTS' REQUEST FOR REPORTER'S RECORD EXHIBITS

January 7, 2025

Clerk, Fifteenth Court of Appeals
Post Office Box 12852
Austin, Texas 78711

Re: 15-24-00113-CV, Glenn Hegar, et al. v. American Airlines, Inc.

Appellants respectfully ask the Court to provide Plaintiff Exhibits 1, 10, 19, 23–27, 30–95 to the parties. The court reporter filed Plaintiff Exhibits 1, 10, 19, 23–27, 30–95 separately in .XLSX format. After contacting the Fifteenth Court of Appeals by phone on January 6, 2025, counsel for Appellants was instructed to file a letter with the Court requesting Plaintiff Exhibits 1, 10, 19, 23–27, 30–95.

Appellants respectfully request the Court provide the parties access to Plaintiff Exhibits 1, 10, 19, 23–27, 30–95 that were filed by the court reporter separately in .XLSX format.

Respectfully submitted,

*/s/ Deborah J. Rao*
**DEBORAH J. RAO**
Assistant Attorney General
State Bar No. 24131915
Office of the Attorney General
Tax Litigation Division

1

P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
T: (512) 475-3503
F: (512) 478-4013
deborah.rao@oag.texas.gov
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I certify that a copy of this *Appellants' Request for Reporter's Record Exhibits* was served on all parties and counsel of record on January 7, 2025, as indicated below:

Via Electronic Service and/or email:

Mary A. McNulty
Mary.McNulty@hklaw.com
Leonora Meyercord
Lee.Meyercord@hklaw.com
J. Meghan McCaig
Meghan.McCaig@hklaw.com
Richard B. Phillips, Jr.
Rich.Phillips@hklaw.com
Holland & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-964-9500
Fax: 214-964-9501
**ATTORNEYS FOR APPELLEE**

/s/ *Deborah J. Rao*
Deborah J. Rao
Assistant Attorney General
Tax Litigation Division

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Neuman on behalf of Deborah Rao
Bar No. 24131915
david.neuman@oag.texas.gov
Envelope ID: 95939158
Filing Code Description: Letter
Filing Description: Appellants Request for Reporters Record Exhibits
Status as of 1/7/2025 1:06 PM CST

Associated Case Party: AMERICAN AIRLINES, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 1/7/2025 12:53:12 PM | SENT |
| Leonora Meyercord | 24074711 | Lee.Meyercord@hklaw.com | 1/7/2025 12:53:12 PM | SENT |
| Mary McNulty | 13839680 | Mary.McNulty@hklaw.com | 1/7/2025 12:53:12 PM | SENT |
| Meghan McCaig | | meghan.mccaig@hklaw.com | 1/7/2025 12:53:12 PM | SENT |

Associated Case Party: GLENN HEGAR COMPTROLLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deborah Rao | | Deborah.Rao@oag.texas.gov | 1/7/2025 12:53:12 PM | SENT |